**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01069-CR

**KERRY C. SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-39292-Q**

## ORDER

Before the Court is appellant Kerry C. Smith's October 4, 2017 motion to abate this appeal and the State's response. The motion is **DENIED**.


/s/    ELIZABETH LANG-MIERS
        JUSTICE